IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| APRIL BAILEY,<br><br>   Plaintiff,<br><br>   v.<br><br>THE GEORGIA DEPARTMENT OF LABOR,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:15-CV-106-TWT |

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending that all of the Plaintiff's Title VII and all but two of the Plaintiff's Section 1981 claims be dismissed as barred by the statute of limitations. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 26 day of May, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Bailey\r&r.wpd