IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| APRIL BAILEY,<br><br>    Plaintiff,<br>    v.<br><br>THE GEORGIA DEPARTMENT OF LABOR,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:15-CV-106-TWT |

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 17] of the Magistrate Judge recommending that the Plaintiff's action be dismissed for failure to state a claim for relief. For the reasons set forth in the Report and Recommendation, the Plaintiff's Section 1981 claim against the Georgia Department of Labor is barred by sovereign immunity. The Plaintiff's response was that individuals in the Department were named in the Complaint. This is of no consequence whatsoever. The only named Defendant is the Georgia Department of Labor. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

T:\ORDERS\15\Bailey\r&r2.wpd

SO ORDERED, this 24 day of March, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge